AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Coogler, Lawrence S. | Northern District of Alabama | 11/09/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Tuscaloosa Federal Building
2005 University Blvd.
Tuscaloosa, AL 35401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Christian Academy |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | State of Alabama, Retirement Systems - Retirement Account - I have no control over this account. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 11/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | University of Alabama - School of Law, Salary for teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Mitzi H. Coogler, CPA, Income from accounting practice. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Larry Morris | Plane Ride to Washington DC and dinner | $950.00 |
| 2. | Larry Morris | Flight to Alabama vs. Tennessee Football game and ticket | $850.00 |
| 3. | Jose R. Rivas | Pheasant and Quail Hunts | $1,000.00 |
| 4. | Jose R. Rivas | FN Herstal 5.7 semi automatic pistol | $1,300.00 |
| 5. | Jose R. Rivas | Used 20 guage semi automatic browning shotgun | $900.00 |
| 6. | Jose R. Rivas | Travel, accomodations, and entertainment during part of mission trip to Honduras | $5,400.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BBVA Compass Bank | Real Estate Mortgage (Greystone) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property No. 2, Tuscaloosa, AL (____) HH | D | Rent | M | W | | | | | |
| 2. Rental Property No. 3, Tuscaloosa, AL (____) Cap | D | Rent | M | W | | | | | |
| 3. Coogler & Copeland, Jnt. Vnt. (33 ave Tuscaloosa,AL) 50% Int | D | Rent | L | W | | | | | |
| 4. Checking Account #1 Bank of Tuscaloosa | | None | J | T | | | | | |
| 5. Checking Account #2 Bank of Tuscaloosa | | None | J | T | | | | | |
| 6. Savings Account - Compass Bank | A | Interest | J | T | | | | | |
| 7. Money Market Account #1 - Bank of Tuscaloosa | A | Interest | J | T | | | | | |
| 8. TD Waterhouse Bank Money Market Account (____) | A | Interest | J | T | Distributed (part) | 06/17/16 | K | A | Part Transferred to Stifel |
| 9. TD Waterhouse Bank Money Market Account (CHC) | A | Interest | | | Closed | 06/17/16 | J | A | Transferred to Stifel |
| 10. TD Waterhouse Bank Money Market Account (HCC) | A | Interest | | | Closed | 06/17/16 | J | A | Transferred to Stifel |
| 11. TD Waterhouse Money Market Account (ADC) | A | Interest | | | Closed | 06/17/16 | J | A | Transferred to Stifel |
| 12. Checking Account- Life Insurance Trust - Bank of Tuscaloosa | | None | J | T | | | | | |
| 13. Real Estate Rental, Sherwood East, Ltd. 1/12 | | None | J | U | | | | | |
| 14. IRA (LSC) -TransAmerica Asset Allocation Fund | A | Interest | | | Sold | 04/15/16 | L | D | |
| 15. Prepaid College Tuition Plan, State of Alabama (HCC) | C | Distribution | J | W | | | | | |
| 16. Prepaid College Tuition Plan, State of Alabama (ADC) | D | Distribution | J | W | | | | | |
| 17. Money Market Account #3, Bank of Tuscaloosa (CHC) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Money Market Account #4, Bank of Tuscaloosa (HCC) | A | Interest | J | T | | | | | |
| 19. Money Market Account #5, Bank of Tuscaloosa (ADC) | A | Interest | J | T | | | | | |
| 20. Retirement Systems - State of Alabama | A | Interest | L | T | | | | | |
| 21. Rental Property No. 4 -Tuscaloosa, AL (CC) | D | Rent | M | W | | | | | |
| 22. Checking Account Compass Bank (CHC) | | None | J | T | | | | | |
| 23. Rental Property No. 5 (C. Creek) - Tuscaloosa, AL | D | Rent | M | W | | | | | |
| 24. Checking Account Compass Bank (HCC) | | None | J | T | | | | | |
| 25. Rental Property No.6 (Greystone) Northport, AL | D | Rent | M | W | | | | | |
| 26. Business Checking Account - Capstone Bank (Mitzi CPA) | | None | K | T | | | | | |
| 27. Business Savings Account- (Mitzi CPA) | A | Interest | L | T | | | | | |
| 28. Rental Property No. 7 (Greystone #2) Northport, AL | B | Rent | M | W | Buy | 06/27/16 | M | | Mr. and Mrs. Charles Smith |
| 29. Stifel Money Market (LSC-MHC) | A | Interest | K | T | Open | 06/17/16 | K | | |
| 30. Stifel Money Market (CHC) | A | Interest | J | T | Open | 06/17/16 | J | | |
| 31. Stifel Money Market (HCC) | A | Interest | J | T | Open | 06/17/16 | J | | |
| 32. Stifel Money Market (ADC) | A | Interest | J | T | Open | 06/17/16 | J | | |
| 33. Pioneer Strategic Income Fund CL C (MC) | A | Dividend | | | Sold | 06/21/16 | J | A | |
| 34. JP Morgan Goverment Bond /Fund CL C (MC) | A | Dividend | | | Sold | 06/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BlackRock Large Cap Growth Fund C (MC) | A | Dividend | | | Sold | 06/21/16 | J | A | |
| 36. Ivy Mid Cap Growth Fund CL C (MC) | A | Dividend | | | Sold | 06/21/16 | J | A | |
| 37. Pioneer Disciplined Value Fund CL C (MC) | A | Dividend | | | Sold | 06/21/16 | J | A | |
| 38. Oak Ridge Small Cap Growth Fund Class C (MC) | A | Dividend | | | Sold | 06/21/16 | J | A | |
| 39. Oppenheimer International Growth Fd CL C (MC) | A | Dividend | | | Sold | 06/21/16 | J | A | |
| 40. Pioneer Fund Class C (MC) | A | Dividend | | | Sold | 06/21/16 | J | A | |
| 41. Franklin Sm Cap Val FD C (MC) | A | Dividend | | | Sold | 06/21/16 | J | A | |
| 42. Pioneer Bond Fund C (MC) | A | Int./Div. | J | T | Buy | 06/22/16 | J | | |
| 43. Pioneer Bond Fund C (MC) | | | | | Buy (add'l) | 10/14/16 | J | | |
| 44. Pioneer Bond Fund C (MC) | | | | | Buy (add'l) | 12/27/16 | J | | |
| 45. Pioneer Classic Balanced Fund C (MC) | A | Int./Div. | K | T | Buy | 06/22/16 | J | | |
| 46. Pioneer Classic Balanced Fund C (MC) | | | | | Buy (add'l) | 10/14/16 | J | | |
| 47. Pioneer Classic Balanced Fund C (MC) | | | | | Buy (add'l) | 12/27/16 | J | | |
| 48. Pioneer Equity Income Fund C (MC) | B | Int./Div. | K | T | Buy | 06/22/16 | J | | |
| 49. Pioneer Equity Income Fund C (MC) | | | | | Buy (add'l) | 10/14/16 | J | | |
| 50. Pioneer Equity Income Fund C (MC) | | | | | Buy (add'l) | 12/27/16 | J | | |
| 51. Pioneer Fundamental Growth Fund C (MC) | A | Int./Div. | K | T | Buy | 06/22/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pioneer Fundamental Growth Fund C (MC) | | | | | Buy (add'l) | 10/14/16 | J | | |
| 53. Pioneer Fundamental Growth Fund C (MC) | | | | | Buy (add'l) | 12/27/16 | J | | |
| 54. Pioneer Real Estate Shares C (MC) | A | Int./Div. | J | T | Buy | 06/22/16 | J | | |
| 55. Pioneer Real Estate Shares C (MC) | | | | | Buy (add'l) | 10/14/16 | J | | |
| 56. Pioneer Real Estate Shares C (MC) | | | | | Buy (add'l) | 12/27/16 | J | | |
| 57. Pioneer Strategic Income Fund C (MC) | A | Int./Div. | J | T | Buy | 06/22/16 | J | | |
| 58. Pioneer Strategic Income Fund C (MC) | | | | | Buy (add'l) | 10/24/16 | J | | |
| 59. Pioneer Strategic Income Fund C (MC) | | | | | Buy (add'l) | 12/27/16 | J | | |
| 60. Egshares Emerging Mkts Cons ETF(prev Emerging Global Sh) | A | Dividend | | | Sold | 04/28/16 | J | A | |
| 61. Vaneck Vectors JPM Emer Mkts LOC Cur BD ETF(prv Mkt Vectors EMRG Mkts) | A | Dividend | | | Sold | 05/24/16 | J | A | |
| 62. SPDR Barclays Cap High Yld Bd ETF (prv SPDR Barclays High Yld Bd ETF) | A | Dividend | | | Sold | 05/24/16 | J | A | |
| 63. Pwrshares Emerg Mks Svrgn Debt ETF (prv Powershares Global Exchange) | A | Dividend | | | Sold | 05/24/16 | J | A | |
| 64. ISHARES MSCI EAFE ETF | | None | | | Sold | 05/24/16 | L | A | |
| 65. ISHARES IBOXX $INVESTMENT GRADE CORP BOND ETF (MC) | A | Dividend | J | T | | | | | |
| 66. ISHARES MBS ETF (MC) | A | Dividend | K | T | | | | | |
| 67. ISHARES 3YR TREASURY BOND ETF (MC) | A | Dividend | K | T | | | | | |
| 68. VANGUARD INTERMEDIATE TERM BOND ETF (MC) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VANGUARD SHORT TERM BOND ETF (MC) | A | Dividend | K | T | | | | | |
| 70. SECTOR MATERIALS SELECT SECTOR SPDR ETF (MC) | A | Dividend | J | T | | | | | |
| 71. SECTOR HEALTHCARE SELECT SECTOR SPDR ETF (MC) | A | Dividend | K | T | | | | | |
| 72. SECTOR CONSUMER STAPLES SELECT SECTOR SPDR ETF (MC) | A | Dividend | K | T | | | | | |
| 73. CONSUMER DISCRETIONARY SELECT SECTOR SPDR ETF (MC) | A | Dividend | K | T | | | | | |
| 74. SECTOR ENERGY SELECT SECTOR SPDR ETF (MC) | A | Dividend | K | T | | | | | |
| 75. SECTOR INDUSTRIAL SELECT SECTOR SPDR ETF (MC) | B | Dividend | K | T | | | | | |
| 76. SELECT UTILITIES SELECT SECTOR SPDR ETF (MC) | A | Dividend | K | T | | | | | |
| 77. VANGUARD VALUE ETF (MC) | A | Dividend | L | T | Buy | 07/29/16 | L | | |
| 78. VANGUARD GROWTH ETF (MC) | A | Dividend | K | T | Buy | 07/29/16 | L | | |
| 79. POWERSHARES PREFERRED ETF (prv Powershares Preferred Portfolio) (MC) | A | Dividend | J | T | Buy (add'l) | 09/01/16 | J | | |
| 80. ISHARES GOLD TRUST (MC) | | None | J | T | Buy | 09/01/16 | J | | |
| 81. ISHARES TIPS BOND ETF (MC) | A | Dividend | | | Sold | 09/01/16 | J | A | |
| 82. ISHARES CORE MSCI EMERG MKTS ETF (MC) | A | Dividend | | | Sold | 09/01/16 | J | A | |
| 83. VANGUARD FINANCIALS ETF (MC) | A | Dividend | K | T | | | | | |
| 84. VANGUARD INFORMATION (MC) TECHNOLOGY ETF | A | Dividend | K | T | | | | | |
| 85. VANGUARD TELECOM SERVICES ETF (MC) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. VANGUARD INTERMEDIATE TERM BOND ETF (LSC) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 87. VANGUARD INTERMEDIATE TERM BOND ETF (LSC) | | | | | Buy (add'l) | 07/20/16 | J | | |
| 88. VANGUARD INTERMEDIATE TERM BOND ETF (LSC) | | | | | Buy (add'l) | 09/01/16 | J | | |
| 89. VANGUARD FTSE DEVEL MKTS ETF (LSC) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 90. VANGUARD FTSE DEVEL MKTS ETF (LSC) | | | | | Buy (add'l) | 09/01/16 | J | | |
| 91. VANGUARD FTSE EMERG MKTS ETF (LSC) | A | Dividend | | | Buy | 05/24/16 | J | | |
| 92. VANGUARD FTSE EMERG MKTS ETF (LSC) | | | | | Sold | 09/01/16 | J | A | |
| 93. VANGUARD REIT INDEX ETF (LSC) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 94. VANGUARD GROWTH ETF (LSC) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 95. VANGUARD GROWTH ETF (LSC) | | | | | Buy (add'l) | 07/20/16 | J | | |
| 96. VANGUARD VALUE ETF (LSC) | A | Dividend | K | T | Buy | 05/24/16 | J | | |
| 97. VANGUARD VALUE ETF (LSC) | | | | | Buy (add'l) | 07/20/16 | J | | |
| 98. VANGUARD SMALL CAP ETF (LSC) | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note:

The prepaid tuition plans are state plans that I have no control over. They are valued at their cost.

The incomes listed for the LLC's and the Ltd are K-1 incomes. The values for these assets are stated at my ownership percentage.

The amounts listed in Section V as gifts for travel and etc on lines 1, 2, ans 6 were estimated because the persons providing the gifts are friends who would not disclose the actual amounts spent. In addition, I consulted travelocity in part, to obtain and estimate of the value of such travel. The other items listed in this section as gifts are estimated from comparable sales or information available to me.

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 11/09/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence S. Coogler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544